NPZ4241207

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC6Z | E 1683266 | Moss | 1383 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 8/5/2024 2233 | 36 CFR 4.14(b) |

Place of Offense

Pea Island Visitor Center

Offense Description: Factual Basis for Charge          HAZMAT ☐

Open Container

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Toth | Cooper | M |

**REDACTED VERSION**
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

---

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

2: 24-MJ-1141

$ 125.00   Forfeiture Amount
+ $30   Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ 155.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| Notice Served | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1683266*

CVB SCAN 08/23/2024 14:44

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

my personal observation          my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/23/2024 14:44

CVB SCAN 08/23/2024 14:45

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on August 05, 2024 while exercising my duties as a law enforcement officer in the EASTERN District of North Carolina

within the boundaries of Cape Hatteras National Seashore, I was on marked vehicle patrol at approximately 2233 hours when I observed 6 individuals walking away from a vehicle in the parking lot of the Pea Island Visitor Center. Pea Island is closed to visitation after sunset. Sunset on August 5, 2024, was at approximately 2000 hours.

I stopped the individuals and requested identification from everyone. One individual stated his driver's license was in the vehicle, and when he went to retrieve his identification, I observed an open beer can behind the driver's seat. I identified the individual as Cooper TOTH by communication checks with dispatch.

During a probable cause search of the vehicle for additional open containers, I located 2 empty beer cans on the floor of the backseat.

I asked the group who the beer cans belonged too, and TOTH stated they were his. TOTH also stated that he was thirsty for kombucha earlier in the day, but purchased and drank alcohol when he could not locate kombucha. TOTH also advised, and was verified by the rest of the group, that he was a passenger in the vehicle.

I issued TOTH this citation for violation of 36 CFR 4.14(b): Carrying or storing an open or partially consumed alcoholic beverage in a motor vehicle.

EC62, VN: E1683266, NP24241207

The foregoing statement is based upon:

☑ my personal observation                    ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: //  8/10/2024
Date (mm/dd/yyyy)                              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy)                              U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.